UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

LABQ CLINICAL DIAGNOSTICS, LLC, et al.,  :
                        :

          Petitioners,     :

                        :       26-cv-01490 (LJL)
   -v-                :

                        :        ORDER

OPTUMSERVE TECHNOLOGY SERVICES, INC.,  :

         Respondent.    :

                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2026

LEWIS J. LIMAN, United States District Judge:

      The Court has been assigned the motion of LabQ Clinical Diagnostics et al. to compel.

Response briefs shall be due March 9, 2026.  Reply briefs shall be due March 16, 2026.

      SO ORDERED.

Dated: February 24, 2026
      New York, New York                 _____
                                         LEWIS J. LIMAN
                                United States District Judge