# ZELL & ASSOCIATES

## INTERNATIONAL ADVOCATES LLC

### AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

March 31, 2026

**REQUEST GRANTED.**
The Motion Hearing previously set for April 8, 2026 is rescheduled to April 13, 2026 at 10:30AM. The hearing will be held remotely by Microsoft Teams video conference. The parties will be provided instructions for accessing the hearing via email. The public or press may access the hearing by dialing into the Court's audio only teleconference line at 646-453-4442 and using Conference ID# 358639322.

4/1/2026   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *LABQ Clinical Diagnostics, LLC et al v. OptumServe Technology Services, Inc.*, 1:26-cv-01490-LJL

Dear Judge Liman:

We represent Petitioners in the abover-referenced case and write to respectfully request (1) an adjournment of the hearing currently scheduled for April 8, 2026, and (2) that the rescheduled hearing be conducted remotely.

With respect to the adjournment, the scheduled hearing on April 8 falls during the Passover holiday, which undersigned counsel observes. Passover runs through the evening of April 9, 2026. See Dkt. 23, at 15, n. 11. All parties have conferred and consent to the adjournment.

With respect to scheduling, the parties have conferred on availability. Petitioner is available April 13–16; the Government is available April 13, 15, 17, or any date the week of April 20. Respondent OptumServe has confirmed availability on April 14, and has indicated additional flexibility if the hearing is conducted remotely. Accordingly, April 13 or 15 appear to be dates on which all parties are available, and Petitioners respectfully suggest those dates for the Court's consideration, subject to the Court's preference regarding the format of the hearing.

With respect to the request to conduct the hearing remotely, Petitioners' counsel are currently in Israel and, given continued travel constraints, request

## New York I Washington, D.C. I Toronto I Moscow I Tallinn

New York Office : 1345 Ave. of the Americas I New York, NY 10105 I Tel.: (212)–971-1349 I Fax: (212)-25 3-4030 I

that the hearing be held by videoconference. The Government consents to a remote proceeding. Respondent OptumServe defers to the Court on this issue.

We appreciate the Court's consideration of these requests.

Respectfully submitted,


/s/ *Noam Schreiber*

_____
Noam Schreiber
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: noam.schreiber@fandz.com

| | |
|---|---|
| L. Marc Zell | Jeffrey E. Michels, Esq. |
| *Of Counsel* | ZELL & ASSOCIATES INTERNATIONAL |
| ZELL & ASSOCIATES INTERNATIONAL | ADVOCATES, LLC |
| ADVOCATES, LLC | 1345 6th Avenue 2nd Floor |
| 800 Connecticut Ave., N.W. | New York, New York, 10105 |
| Suite 300 | Telephone: (212) 971-1349 |
| Washington, D.C. 20006 | Email: jmichels@fandz.com |
| Email: mzell@fandz.com | |